# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     **Jeffries v. Steelton Police Department**

Plaintiff:     Dennis Jeffries

Civil Action No. 1:16-CV-0571

(Judge Conner)

## ORDER

On April 4, 2016, the individual listed above filed a civil rights complaint without submitting a filing fee or the **proper** forms required to proceed *in forma pauperis*. (Doc.1 ).[1]

An Administrative Order was issued on April 6, 2016 in which the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted a properly **COMPLETED AND SIGNED** application for *in forma pauperis* and an Authorization form. The appropriate forms were enclosed with the Order. (Doc. 6).

On April 11, 2016, Document Nos. 4 and 5 were returned stamped "Return to Sender-Addressee Released."  (*See* Doc. 7).   Subsequently, on April 28, 2016, the Court's 30 Day Administrative Order was returned as "Undeliverable." (*See* Doc. 9). All of these documents were re-mailed to the secondary address plaintiff provided on his complaint and to date, none of the documents have been returned.

More than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission, nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

---

[1] It is noted that when Plaintiff submitted his complaint, he indicated two addresses on his filing, one of which was Dauphin County Prison. (*See* Doc. 1). At the same time, he submitted an unsigned application to proceed *in forma pauperis* and an unsigned Authorization form. (*See* Docs. 2 and 3).

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed, without prejudice, and the Clerk of Court shall close this file.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania

DATE:     May 20, 2016